IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| PRESTIGE PROPERTIES, INC. § | | PLAINTIFF |
| § | | |
| § | | |
| v. § | Civil No. 1:12CV205-HSO-RHW | |
| § | | |
| § | | |
| NATIONAL BUILDERS AND § | | |
| CONTRACTORS INSURANCE § | | |
| COMPANY, A RISK RETENTION § | | |
| GROUP, INC. § | | DEFENDANT |

**FINAL JUDGMENT**

This matter came on to be heard on a Motion for Summary Judgment [12] filed by Defendant National Builders and Contractors Insurance Company, A Risk Retention Group, Inc., and a Counter Motion for Partial Summary Judgment [17] filed by Plaintiff Prestige Properties, Inc.  In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 10th day of October, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE