**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PRESTIGE PROPERTIES, INC.** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:12CV205-HSO-RHW** |
| | § | |
| | § | |
| **NATIONAL BUILDERS AND** | § | |
| **CONTRACTORS INSURANCE** | § | |
| **COMPANY, A RISK RETENTION** | § | |
| **GROUP, INC.** | § | **DEFENDANT** |

**<u>FINAL JUDGMENT</u>**

This matter came on to be heard on a Motion for Summary Judgment [12] filed by Defendant National Builders and Contractors Insurance Company, A Risk Retention Group, Inc., and a Counter Motion for Partial Summary Judgment [17] filed by Plaintiff Prestige Properties, Inc.  In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 10th day of October, 2013.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE